Richard P. Sybert, WSBA No. 8357
rsybert@gordonrees.com
Sean D. Flaherty (admitted *Pro Hac Vice*)
sflaherty@gordonrees.com
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Fax: (206) 689-2822

David R. Yohannan *(admitted Pro Hac Vice)*
david.yohannan@quarles.com
QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Telephone: (202) 780-2637
Fax: (202) 372-9599
*Attorneys for Defendant
Honeywell International, Inc.*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### (SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC.<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | NO. 16-cv-00341-JLR<br><br>STIPULATED MOTION [and PROPOSED ORDER] FOR EXTENSION OF TIME TO SERVE NON-INFRINGEMENT AND INVALIDITY CONTENTIONS<br>**NOTE ON MOTION CALENDAR: SAME DAY** |

STIPULATED MOTION FOR EXTENSION OF TIME TO
SERVE NON-INFRINGEMENT AND INVALIDITY
CONTENTIONS
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Pursuant to Local Civil Rules 7(d)(1) and 16(b)(5), Defendant, HONEYWELL INTERNATIONAL INC., ("HONEYWELL") and Plaintiff, INTELLICHECK MOBILISA, INC. ("INTELLICHECK"), and hereby stipulate and respectfully move this Court for an Order extending the time to serve Non-infringement and Invalidity Contentions pursuant to Local Patent Rule 121 by one (1) week from Friday, July 7, 2017, to and including Friday, July 14, 2017. The parties agree that there is good cause to extend this deadline.

Plaintiff, Intellicheck served its Infringement Contentions pursuant to Local Patent Rule 120 on June 16, 2017. An expert retained by Defendant Honeywell to consult regarding the Infringement Contentions and responsive non-infringement and invalidity contentions, was out of the country and unavailable for consultation for the period June 12, 2017 to June 22, 2017. Because of the delay caused by the expert's travel, the parties agree good cause exists to extend the deadline for the service of Non-infringement and Invalidity Contentions pursuant to Local Patent Rule 121. The parties therefor respectfully request the Court modify the Scheduling Order (Dkt. 50) extending the date for Honeywell's Non-infringement and Invalidity Contentions pursuant to Local Patent Rule 121 from Friday, July 7, 2017 to Friday, July 14, 2017. All other deadlines remain unchanged.

IT IS SO STIPULATED.

STIPULATED MOTION FOR EXTENSION OF TIME TO SERVE NON-INFRINGEMENT AND INVALIDITY CONTENTIONS - 1
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Respectfully submitted this 29th day of June, 2017.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | GORDON & REES LLP |
| By:_____<br>    Benjamin J. Byer, WSBA #38206<br><br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-757-8105<br>Fax: 206-757-7105<br>Email: benbyer@dwt.com | By:___s/ Richard P. Sybert___<br>    Richard P. Sybert, WSBA #8357<br>    Sean D. Flaherty, Admitted *Pro Hac Vice*<br><br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Tel: 206-695-5100<br>Fax: 206-689-2822<br>Email: rsybert@gordonrees.com<br>Email: sflaherty@gordonrees.com |
| By:___s/ Amber N. Davis___<br>    Amber N. Davis, Admitted *Pro Hac Vice*<br>Terry M. Sanks, Admitted *Pro Hac Vice*<br>Kevin W. Wimberly, Admitted *Pro Hac Vice*<br>BEUSSE WOLTER SANKS &<br>    MAIRE, PLLC<br>390 North Orange Avenue, Suite 2500<br>Orlando, FL 32801<br>Tel: 407-926-7716<br>Fax: 407-926-7720<br>Email: adavis@bwsmiplaw.com<br>Email: tsanks@bwsmiplaw.com<br>Email: kwimberly@bwsmiplaw.com<br><br>*Attorneys for Plaintiff*<br>INTELLICHECK MOBILISA, INC. | David R. Yohannan *(admitted Pro Hac Vice)*<br>QUARLES & BRADY LLP<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20006<br>Telephone: (202) 780-2637<br>Fax: (202) 372-9599<br>Email: david.yohannan@quarles.com<br><br>*Attorneys for Defendant*<br>HONEYWELL INTERNATIONAL INC. |

STIPULATED MOTION FOR EXTENSION OF TIME TO
SERVE NON-INFRINGEMENT AND INVALIDITY
CONTENTIONS - 2
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

[PROPOSED] ORDER

It is so ordered.

DATED this 29th day of June, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF TIME TO
SERVE NON-INFRINGEMENT AND INVALIDITY
CONTENTIONS - 3
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

I certify that on June 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Benjamin J. Byer, WSBA No. 38206
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-622-3150
Fax: 206-757-7700
E-mail: benbyer@dwt.com

**Attorneys for Plaintiff**
Amber N. Davis
Florida Bar No: 0026628
*Admitted Pro Hac Vice*
Terry M. Sanks
Florida Bar No: 154430
*Admitted Pro Hac Vice*
Beusse Wolter Sanks
   Mora & Maire, PLLC
390 North Orange Ave., Suite 2500
Orlando, Florida 32801
Tel: 407-926-7716
Fax: 407-926-7720
E-mail: adavis@bwsmiplaw.com
E-mail: tsanks@bwsmiplawfl.com

**Attorneys for Honeywell Intl. Inc.**
David R. Yohannan
*Admitted Pro Hac Vice*
QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Telephone: (202) 780-2637
Fax: (202) 372-9599
Email: david.yohannan@quarles.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

DATED this 29th day of June, 2017.

_____s/ Loida Gallegos_____
Loida Cifra Gallegos

STIPULATED MOTION FOR EXTENSION OF TIME TO
SERVE NON-INFRINGEMENT AND INVALIDITY
CONTENTIONS - 4
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822