HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　　　Defendant. | NO. No. 2:16-cv-00341-JRL<br><br>STIPULATED MOTION [and PROPOSED ORDER] TO RESCHEDULE *MARKMAN* HEARING<br><br>**NOTE ON MOTION CALENDAR: AUGUST 15, 2017** |

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Intellicheck Mobilisa, Inc. and Defendant Honeywell International, Inc. hereby stipulate and respectfully move this Court for an Order rescheduling the Markman hearing from December 22, 2017, to December 15, 2017. The parties agree that there is good cause to reschedule the hearing because lead counsel for both Plaintiff and Defendant are out of state (Florida and Washington, D.C.) and both parties have conflicts on December 22, 2017. Counsel for both parties contacted the Courtroom Deputy last Tuesday, August 8, 2017, and were informed December 15, 2017, appeared to be available on the Court's calendar.

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 1
CASE NO.: 2:15-CV-00366-JLR

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

The parties therefore respectfully request the Court reschedule the Markman hearing from December 22, 2017 to December 15, 2017. All other dates remain unchanged.

IT IS SO STIPULATED.

DATED this 15th day of August, 2017

| DAVIS WRIGHT TREMAINE LLP | QUARLES & BRADY, LLP |
|---|---|
| By: s/ *Benjamin J. Byer*<br>Benjamin J. Byer, WSBA #38206<br>1201 Third Avenue<br>Suite 2200<br>Seattle, WA 98101-3045<br>Tel: 206-747-8105<br>Fax: 206-757-7700<br>Email: benbyer@dwt.com<br><br>*Attorneys for Plaintiff*<br>*Intellicheck Mobilisa, Inc.* | By: s/ *David R. Yohannan*<br>David R. Yohannan, *Pro Hac Vice*<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, D.C. 20006<br>Tel: 202-780-2637<br>Fax: 202-372-9599<br>Email: dyohannan@quarles.com<br><br>GORDON & REES LLP<br><br>By: s/ *Richard P. Sybert*<br>Richard P. Sybert, WSBA #8357<br>Brandon R. Carroll, WSBA #39510<br>Sean D. Flaherty, Admitted *Pro Hac Vice*<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Tel: 206-695-5100<br>Fax: 206-689-2822<br>Email: rsybert@gordonrees.com<br>Email: brcarroll@gordonrees.com<br>Email: sflaherty@gordonrees.com<br><br>*Attorneys for Defendant HONEYWELL INTERNATIONAL, INC.* |
| BEUSSE WOLTER SANKS<br>& MAIRE, PLLC<br><br>By: s/ *Amber N. Davis*<br>Amber N. Davis, *Pro Hac Vice*<br>Terry M. Sanks, *Pro Hac Vice*<br>390 North Orange Avenue, Suite 2500<br>Orlando, Florida 32801<br>Telephone: (407) 926-7716<br>Facsimile: (407) 926-7720<br>E-mail: adavis@bwsmiplaw.com<br>E-mail: tsanks@bwsmiplawfl.com<br><br>*Attorneys for Plaintiff*<br>*Intellicheck Mobilisa, Inc.* | |

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 2
CASE NO.: 2:15-CV-00366-JLR

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# [PROPOSED] ORDER

It is so ordered.

DATED this _____ day of _____, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 3
CASE NO.: 2:15-CV-00366-JLR

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such file to the following:

| | |
|---|---|
| David R. Yohannan, Admitted *pro hac vice* | _____U.S. Mail |
| Joseph D. Wilson, Admitted *pro hac vice* | _____Hand Delivery |
| QUARLES & BRADY, LLP | _____Overnight Mail |
| 1701 Pennsylvania Avenue NW, Suite 700 | _____Facsimile |
| Washington, D.C. 20006 | \_\_\_X\_\_\_\_CM/ECF |
| Email: dyohannan@kelleydrye.com | |
| Email: jwilson@kelleydrye.com | |

| | |
|---|---|
| Richard P. Sybert, WSBA #8357 | _____U.S. Mail |
| Brandon R. Carroll, WSBA #39510 | _____Hand Delivery |
| Sean D. Flaherty, Admitted *Pro Hac Vice* | _____Overnight Mail |
| GORDON & REES LLP | _____Facsimile |
| 701 Fifth Avenue, Suite 2100 | \_\_\_X\_\_\_\_CM/ECF |
| Seattle, WA 98104 | |
| Email: rsybert@gordonrees.com | |
| Email: brcarroll@gordonrees.com | |
| Email: sflaherty@gordonrees.com | |

*Attorneys for Defendant*
*HONEYWELL INTERNATIONAL, INC.*

DATED this 15th day of August, 2017.

s/ *Benjamin J. Byer*
Benjamin J. Byer

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 4
CASE NO.: 2:15-CV-00366-JLR

4827-7548-7309v.1 0106287-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax