1

HONORABLE JAMES L. ROBART

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

10

11

INTELLICHECK MOBILISA, INC.,

Plaintiff,

12

v.

13

HONEYWELL INTERNATIONAL, INC.,

14

Defendant.

15

NO. No. 2:16-cv-00341-JRL

STIPULATED MOTION [and
~~PROPOSED~~ ORDER] TO
RESCHEDULE *MARKMAN* HEARING

**NOTE ON MOTION CALENDAR:
AUGUST 15, 2017**

16

17

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Intellicheck Mobilisa, Inc. and Defendant

18

Honeywell International, Inc. hereby stipulate and respectfully move this Court for an Order

19

rescheduling the Markman hearing from December 22, 2017, to December 15, 2017. The

20

parties agree that there is good cause to reschedule the hearing because lead counsel for both

21

Plaintiff and Defendant are out of state (Florida and Washington, D.C.) and both parties have

22

conflicts on December 22, 2017. Counsel for both parties contacted the Courtroom Deputy last

23

Tuesday, August 8, 2017, and were informed December 15, 2017, appeared to be available on

24

the Court's calendar.

25

26

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 1
CASE NO.: 2:15-CV-00366-JLR

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1

The parties therefore respectfully request the Court reschedule the Markman hearing

2

from December 22, 2017 to December 15, 2017.  All other dates remain unchanged.

3

IT IS SO STIPULATED.

4

DATED this 15th day of August, 2017

5

6

DAVIS WRIGHT TREMAINE LLP

QUARLES & BRADY, LLP

7

By:  s/ Benjamin J. Byer
    Benjamin J. Byer, WSBA #38206
    1201 Third Avenue

By:  s/ David R. Yohannan
    David R. Yohannan, *Pro Hac Vice*
    1701 Pennsylvania Avenue NW, Suite 700

8

    Suite 2200

    Washington, D.C. 20006

9

    Seattle, WA 98101-3045
    Tel: 206-747-8105

    Tel: 202-780-2637
    Fax: 202-372-9599

10

    Fax: 206-757-7700
    Email: benbyer@dwt.com

    Email: dyohannan@quarles.com

11

*Attorneys for Plaintiff*
*Intellicheck Mobilisa, Inc.*

GORDON & REES LLP

12

By:  s/ Richard P. Sybert

13

BEUSSE WOLTER SANKS
   & MAIRE, PLLC

    Richard P. Sybert, WSBA #8357
    Brandon R. Carroll, WSBA #39510

14

    Sean D. Flaherty, Admitted *Pro Hac Vice*
    701 Fifth Avenue, Suite 2100

15

By:  s/ Amber N. Davis
    Amber N. Davis, *Pro Hac Vice*

    Seattle, WA 98104
    Tel: 206-695-5100

16

    Terry M. Sanks, *Pro Hac Vice*
    390 North Orange Avenue, Suite 2500

    Fax: 206-689-2822
    Email: rsybert@gordonrees.com

17

    Orlando, Florida  32801
    Telephone: (407) 926-7716

    Email: brcarroll@gordonrees.com
    Email: sflaherty@gordonrees.com

18

    Facsimile: (407) 926-7720

19

    E-mail: adavis@bwsmiplaw.com
    E-mail: tsanks@bwsmiplawfl.com

*Attorneys for Defendant HONEYWELL*
*INTERNATIONAL, INC.*

20

*Attorneys for Plaintiff*

21

*Intellicheck Mobilisa, Inc.*

22

23

24

25

26

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 2
CASE NO.: 2:15-CV-00366-JLR

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

~~[PROPOSED]~~ ORDER

It is so ordered.

DATED this **15th** day of **August**, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 3
CASE NO.: 2:15-CV-00366-JLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such file to the following:

| | |
|---|---|
| David R. Yohannan, Admitted *pro hac vice* | _____U.S. Mail |
| Joseph D. Wilson, Admitted *pro hac vice* | _____Hand Delivery |
| QUARLES & BRADY, LLP | _____Overnight Mail |
| 1701 Pennsylvania Avenue NW, Suite 700 | _____Facsimile |
| Washington, D.C. 20006 | \_\_\_\_\_X\_\_\_\_\_CM/ECF |
| Email: dyohannan@kelleydrye.com | |
| Email: jwilson@kelleydrye.com | |
| | |
| Richard P. Sybert, WSBA #8357 | _____U.S. Mail |
| Brandon R. Carroll, WSBA #39510 | _____Hand Delivery |
| Sean D. Flaherty, Admitted *Pro Hac Vice* | _____Overnight Mail |
| GORDON & REES LLP | _____Facsimile |
| 701 Fifth Avenue, Suite 2100 | \_\_\_\_\_X\_\_\_\_\_CM/ECF |
| Seattle, WA 98104 | |
| Email: rsybert@gordonrees.com | |
| Email: brcarroll@gordonrees.com | |
| Email: sflaherty@gordonrees.com | |

*Attorneys for Defendant*
*HONEYWELL INTERNATIONAL, INC.*

DATED this 15th day of August, 2017.

s/ *Benjamin J. Byer*
Benjamin J. Byer

STIPULATED MOTION TO RESCHEDULE *MARKMAN* HEARING - 4
CASE NO.: 2:15-CV-00366-JLR

4827-7548-7309v.1 0106287-000001

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax