The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC.<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | NO. 16-cv-00341<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' CONSENT MOTION FOR DEFENDANT TO FILE AN OVER-LENGTH MOTION TO DISMISS AND PLAINTIFF TO FILE AN OVER-LENGTH OPPOSITION |

Before this Court is the Parties' Consent Motion for Defendant Honeywell International Inc. to File an Over-Length Motion to Dismiss and for Plaintiff Intellicheck Mobilisa, Inc. to File an Over-Length Opposition ("Consent Motion"). Having reviewed the Consent Motion and finding good cause exists, the Consent Motion is hereby GRANTED.

Defendant may file an over-length Motion to Dismiss of up to 30 pages and Plaintiff may file an over-length Opposition to the same of up to 30 pages. *The Reply brief shall not be more than 15 pages.*

DATED this 15th day of September, 2017.

_____
Honorable James L. Robart
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PARTIES
CONSENT MOT. FOR DEF. TO FILE OVER-
LENGTH MOT. TO DISMISS AND PLF. TO FILE
OVER-LENGTH OPP.
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Presented by:

GORDON & REES LLP

By: /s/David R. Yohannan
Richard P. Sybert, WSBA #8357
David W. Cramer, WSBA #49566
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: 206-695-5100
Fax: 206-689-2822
Email: rsybert@grsm.com
Email: dcramer@grsm.com

David R. Yohannan (admitted *Pro Hac Vice*)
QUARLES & BRADY LLP
1701 Pennsylvania Avenue NW, Suite 700
Washington, DC 20006
Telephone: (202) 780-2637
Fax: (202) 372-9599
Email: david.yohannan@quarles.com

*Attorneys for Defendant*
HONEYWELL INTERNATIONAL INC.

[PROPOSED] ORDER GRANTING PARTIES CONSENT MOT. FOR DEF. TO FILE OVER-LENGTH MOT. TO DISMISS AND PLF. TO FILE OVER-LENGTH OPP. - 2
Case No. 2:16-cv-00341-JLR

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822