HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTELLICHECK MOBILISA, INC.,
a Delaware corporation,

Plaintiff,

v.

HONEYWELL INTERNATIONAL, INC.,
a Delaware corporation,

Defendant.

Case No. 2:16-cv-00341-JLR

**JOINT CLAIM
CONSTRUCTION AND
PREHEARING STATEMENT**

Pursuant to Local Patent Rule 132, Plaintiff Intellicheck Mobilisa, Inc. ("Intellicheck"

or "Plaintiff") and Defendant Honeywell International, Inc. ("Honeywell" or "Defendant")

hereby submit this Joint Claim Construction and Prehearing Statement.

**A.  AGREED CONSTRUCTIONS**

"The construction of those claim terms, phrases, or clauses on which the parties agree"

LPR 132(a).  The parties agree on the construction of the following terms and phrases:

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| Term | Agreed Construction |
|------|---------------------|
| "calculating an age…in response to said successful check for conformance" | calculating an age…if the extracted date is consistent with the driver license format of the issuing jurisdiction |
| "determining an identifier corresponding to an issuing jurisdiction" | determining a value that designates a jurisdiction that issued the document |
| "reference license format" | stored date for comparing to read license data |
| "remote" | not in the immediate vicinity, as a computer or other device located in another place (*e.g.,* room, building, or city) and accessible through some type of cable or communication link |
| "jurisdiction keys" | information identifying locations on one or more storage media where jurisdiction segments are stored |
| "Issuer Identification Number" | a number that designates the issuing jurisdiction |
| "checksum" | a value that is used to test for tampering or alteration of information and is calculated by sequentially combining the constituent parts of a chunk of data with a series of arithmetic or logical operations |
| "means for reading the information of said document into said programmable apparatus" | as a means-plus-function limitation wherein the function is "reading both human recognizable information and machine recognizable information from the document into the apparatus" and the structure is "a digital scanner or its equivalent, and one or both of a magnetic reader and a bar code scanner, or their equivalent" |
| "means for determining whether said document includes a license format corresponding to a reference license format based on a comparison between said read information and said reference license format" | as a means-plus-function limitation wherein the function is "determining whether the documents includes a license format corresponding to a reference license format based on a comparison between the read information and the reference license format and the structure is "a processor whose actions are directed by the algorithm specified in Table 4 of the '623 and '416 Patents, or equivalent structure." |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
(2:16-cv-00341-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| Term | Agreed Construction |
|---|---|
| "authenticate" | "verify the authenticity of" |
| "a jurisdiction discriminator engine adapted to determine and authenticate a jurisdiction" | "software capable of discriminating between jurisdictions to determine an issuing jurisdiction and verifying contents of the document according to the determined jurisdiction" |

**B.  PROPOSED CONSTRUCTION OF DISPUTED TERMS AND SUPPORTING INTRINSIC AND EXTINSIC EVIDENCE**

"Each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim" LPR 132(b).

Below please find a list of the one claim term that the parties have a dispute over the claim language, including citations to the intrinsic and extrinsic evidence.

| Claim Language | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|
| "first circuitry at said first location for receiving the information read from the driver license and determining whether the read information read comports with said predetermined format"<br><br>Found in claim numbers: '067 Patent: 1 | "first circuitry at said first location for receiving the information read from the driver license and determining whether the read information read comports with said predetermined format"<br><br>Proposed Construction: Not a means-plus-function limitation: no construction is necessary.<br><br>Intrinsic Evidence:<br><br>'623 Patent at 2:49-63<br>*Id.* at 3:24-32<br>*Id.* at 4"47-63 | "first circuitry at said first location for receiving the information read from the driver license and determining whether the read information read comports with said predetermined format"<br><br>Proposed Construction: 35 U.S.C. §112(6) claim term construed as means-plus-function term.<br><br>Function: "receiving the information read from the driver license and determining whether the read information read comports with said |

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

| Claim Language | Plaintiff's Proposed Construction and Evidence in Support | Defendant's Proposed Construction and Evidence in Support |
|---|---|---|
| | *Id.* at 7:28-8:11<br>*Id.* at 8:43-10:22<br>*Id.* at 10:25-11:55<br>*Id.* at 15:41-46<br>*Id.* at Figs. 3<br>*Id.* at 4A<br>*Id.* at 4B<br>'416 Patent at 15:42-49<br>'623 File History, 1991-10-13 Amendment at 5 | predetermined format."<br><br>Structure: "a processor whose actions are directed by the algorithm specified in Table 5 of the '067 Patent, or equivalent structure."<br><br>Intrinsic Evidence:<br><br>'067 Patent col. 3:26-34.<br>*Id.* col. 6:41-45 and Table 3.<br>*Id.* col. 7:13-16.<br>*Id.* col. 7:23-30.<br>*Id.* col. 7:38-47.<br>*Id.* col. 7:56-8:5.<br>*Id.* col. 8:35-36 and Table 4.<br>*Id.* col. 8:58-61.<br>*Id.* col. 9:3-10:7.<br>*Id.* col. 10:12-15 and Table 5.<br>*Id.* col. 10:12-67.<br>*Id.* col. 11:1-35.<br>*Id.* col. 14:47-49.<br><br>'067 Patent prosecution history at April 18, 2007 Non-final Rejection, pp. 1-4.<br>*Id.* at October 18, 2007 Amendment, pp. 1-18.<br>*Id.* at January 3, 2008 Non-final Rejection, pp. 1-6.<br>*Id.* at May 5, 2008 Amendment, pp. 1-15.<br><br>'623 Patent prosecution history at October 14, 1997 Amendment, pp. 1-9.<br>*Id.* at May 8, 1998 Amendment, pp. 1-7. |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
(2:16-cv-00341-JLR) - 3

## C.  THE TEN MOST IMPORTANT DISPUTED CLAIMS

As seen above and pursuant to LPR 132(c), the parties have less than ten disputed claims and therefore do no exceed the ten term limitation.

## D.  ANTICIPATED TIME NEEDED FOR CLAIM CONSTRUCTION HEARING

"The anticipated length and time necessary for the Claim Construction Hearing" LPR 132(d).  The parties believe that the claim construction hearing will require one (1) hour, with thirty (30) minutes allocated to each side.

## E.  PROPOSED ORDER OF PRESENTATION

"The proposed order of presentation at the Claim Construction Hearing" LPR 132(e). The parties propose that Plaintiff present first, Defendant present second, and each party have the option to reserve time for rebuttal.

## F.  LIVE TESTIMONY

"The parties' position on whether, why, and the extent to which the Court should consider live testimony at the Claim Construction Hearing" LPR 132(f).  The parties do not intend to present live testimony.

## G.  TUTORIAL

"The parties' position as to whether there should be a tutorial on the subject matter of the patent(s) at issue" LPR 132(g).  The parties do not believe that a tutorial will be needed.

## H.  PRE-HEARING CONFERENCE

"Whether a pre-hearing conference, prior to the Claim Construction Hearing, is necessary" LPR 132(h).  The parties do not believe that a pre-hearing conference will be needed.

## I.  INDEPENDENT EXPERT

"Whether the parties believe the Court should appoint an independent expert." LPR 132(i).  The parties do not believe that an independent expert is necessary.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1

Dated this 11th day of October, 2017.

2

DAVIS WRIGHT TREMAINE LLP                QUARLES & BRADY LLP

3

4

By:  _s/Benjamin J. Byer_____      By:  ___s/David R. Yohannan_____
      Benjamin J. Byer, WSBA #38206            David R. Yohannan, Admitted *pro hac vice*

5

1201 Third Avenue, Suite 2200                  Nikia L. Gray, Admitted *pro hac vice*

6

Seattle, WA 98101-3045                   1701 Pennsylvania Avenue NW, Suite 700
Tel: 206-757-8105/Fax: 206-757-7105      Washington, DC 20006

7

Email: benbyer@dwt.com                   Tel: 202-780-2637
Fax: 202-372-9599

8

Email:  david.yohannan@quarles.com
Email:  nikia.gray@quarles.com

9

10

BEUSSE WOLTER SANKS                      GORDON & REES LLP
& MAIRE, PLLC

11

12

By:  ___s/Amber N. Davis_____        By:  ___s/Richard P. Sybert_____
      Amber N. Davis, Admitted *pro hac vice*    Richard P. Sybert, WSBA #8357

13

      Terry M. Sanks, Admitted *pro hac vice*    Sean D. Flaherty, Admitted *pro hac vice*
390 North Orange Avenue, Suite 2500      701 Fifth Avenue, Suite 2100

14

Orlando, Florida  32801                  Seattle, WA 98101
Tel: 407-926-7716/Fax: 407-926-7720      Tel: 206-695-5100/Fax: 206-689-2822

15

Email: adavis@bwsmiplaw.com              Email:  rsybert@gordonrees.com
Email: tsanks@bwsmiplaw.com              Email:  sflaherty@gordonrees.com

16

17

Attorneys for Plaintiff,                 David W. Cramer, WSBA #49566
INTELLICHECK MOBILISA, INC.              Gordon & Rees LLP

18

121 SW Morrison, Suite 1575
Portland, OR 97204

19

Tel: 503-382-3844/Fax: 503-616-3600
Email:  dcramer@grsm.com

20

21

Reid E. Dammann, Admitted *pro hac vice*
Gordon Rees Scully Mansukhani

22

633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

23

Tel: 213-576-5000
Email:  rdammann@grsm.com

24

25

Attorneys for Defendant
HONEYWELL INTERNATIONAL, INC.

26

27

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2017, I caused the foregoing to be electronically

filed with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

Richard P. Sybert, WSBA #8357                          _____ U.S. Mail
Sean D. Flaherty, Admitted *pro hac vice*              _____ Hand Delivery
Gordon & Rees LLP                                      _____ Overnight Mail
701 Fifth Avenue, Suite 2100                           _____ Facsimile
Seattle, WA 98101                                      __X___ CM/ECF Notification
Tel: 206-695-5100
Fax: 206-689-2822
Email:  rsybert@gordonrees.com
Email:  sflaherty@gordonrees.com


David W. Cramer, WSBA #49566                           _____ U.S. Mail
Gordon & Rees LLP                                      _____ Hand Delivery
121 SW Morrison, Suite 1575                            _____ Overnight Mail
Portland, OR 97204                                     _____ Facsimile
Tel: 503-382-3844                                      __X___ CM/ECF Notification
Fax: 503-616-3600
Email:  dcramer@grsm.com


Reid E. Dammann, Admitted *pro hac vice*
Gordon Rees Scully Mansukhani
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: 213-576-5000
Email:  rdammann@grsm.com


David R. Yohannan, Admitted *pro hac vice*             _____ U.S. Mail
Nikia L. Gray, Admitted *pro hac vice*                 _____ Hand Delivery
Quarles & Brady LLP                                    _____ Overnight Mail
1701 Pennsylvania Avenue NW, Suite 700                 _____ Facsimile
Washington, DC 20006                                   __X___ CM/ECF Notification
Tel: 202-780-2637
Fax: 202-372-9599
Email:  david.yohannan@quarles.com
Email:  nikia.gray@quarles.com

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
(2:16-cv-00341-JLR) - 6

1  Malavika Rao, Admitted *pro hac vice*        _____ U.S. Mail
   David G. Lindenbaum, Admitted *pro hac vice*  _____ Hand Delivery
2  Kelley Drye & Warren LLP                      _____ Overnight Mail
   101 Park Avenue                               _____ Facsimile
3  New York, NY 10178                            __X____ CM/ECF Notification
   Tel: 212-808-7800
4  Fax: 212-808-7897
   Email: mrao@kelleydrye.cojm
5  Email: dlindenbaum@kelleydrye.com

6         DATED this 11th day of October, 2017.

7
                                    s/Benjamin J. Byer
8                                   Benjamin J. Byer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
(2:16-cv-00341-JLR) - 7

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax