HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(SEATTLE)

| | |
|---|---|
| INTELLICHECK MOBILISA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br><br> Defendant. | NO. No. 2:16-cv-00341JRL <br><br> STIPULATED MOTION ~~(and~~ AND ~~PROPOSED~~ ORDER~~S~~ FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM <br><br> **NOTE ON MOTION CALENDAR: SAME DAY** |

Pursuant to Local Civil Rule 7(d)(1), Plaintiff, INTELLICHECK MOBILISA, INC. ("INTELLICHECK"), and Defendant, HONEYWELL INTERNATIONAL, INC. ("HONEYWELL") hereby stipulate and respectfully move this Court for an Order extending the response date for which Plaintiff must respond to Defendants' Answer to Second Amended Complaint, Affirmative Defenses and Counterclaims (Dkt. 94) until and including January 12, 2018.

In support of this motion, the parties agree that there is good cause to extend the response date to the Counterclaims in that currently a response to Defendant's Answer to Second Amended Complaint, Affirmative Defenses and Counterclaims (Dkt. 94) is due on December 26, 2017. Counsel for Plaintiff will be out of the office for the Christmas holidays and is therefore in need of additional time to properly respond. The parties therefore respectfully request the Court to extend the response date to the Counterclaims until and including January 12, 2018.

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S ANSWER TO SECOND AMENDED
COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
- 1
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

IT IS SO STIPULATED.

DATED this 18th day of December, 2017

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | QUARLES & BRADY, LLP |
| By: _s/ Benjamin J. Byer_<br>  Benjamin J. Byer, WSBA #38206<br>  1201 Third Avenue<br>  Suite 2200<br>  Seattle, WA 98101-3045<br>  Tel: 206-747-8105<br>  Fax: 206-757-7700<br>  Email: benbyer@dwt.com | By: _s/ David R. Yohannan_<br>  David R. Yohannan, *Pro Hac Vice*<br>  Nikia L. Gray, *Pro Hac Vice*<br>  1701 Pennsylvania Avenue NW, Suite 700<br>  Washington, D.C. 20006<br>  Tel: 202-780-2637<br>  Fax: 202-372-9599<br>  Email: dyohannan@quarles.com<br>  Email: nikia.gray@quarles.com |
| BEUSSE WOLTER SANKS<br>  & MAIRE, PLLC<br><br>By: _s/ Amber N. Davis_<br>  Amber N. Davis, *Pro Hac Vice*<br>  Terry M. Sanks, *Pro Hac Vice*<br>  390 North Orange Avenue, Suite 2500<br>  Orlando, Florida 32801<br>  Telephone: (407) 926-7716<br>  Facsimile: (407) 926-7720<br>  E-mail: adavis@bwsmiplaw.com<br>  E-mail: tsanks@bwsmiplawfl.com<br><br>*Attorneys for Plaintiff*<br>*Intellicheck Mobilisa, Inc.* | GORDON & REES LLP<br>  Richard P. Sybert, WSBA #8357<br>  Brandon R. Carroll, WSBA #39510<br>  Sean D. Flaherty, Admitted *Pro Hac Vice*<br>  701 Fifth Avenue, Suite 2100<br>  Seattle, WA 98104<br>  Tel: 206-695-5100<br>  Fax: 206-689-2822<br>  Email: rsybert@gordonrees.com<br>  Email: brcarroll@gordonrees.com<br>  Email: sflaherty@gordonrees.com<br><br>GORDON & REES LLP<br>  David W. Cramer, WSBA #49566<br>  121 SW Morrison, Suite 1575<br>  Portland, OR 97204<br>  Tel: 503-382-3844<br>  Fax: 503-616-3600<br>  Email: dcramer@grsm.com<br><br>GORDON REES SCULLY MANSUKHANI<br>  Reid E. Dammann, *Pro Hac Vice*<br>  633 West Fifth Street, 52nd Floor<br>  Los Angeles, CA 90071<br>  Tel: 213-576-5000<br>  Email: rdammann@grsm.com<br><br>*Attorneys for Defendant HONEYWELL*<br>*INTERNATIONAL, INC.* |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S ANSWER TO SECOND AMENDED
COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM
- 2
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

## ~~[PROPOSED]~~ ORDER

It is so ordered.

DATED this 18th day of December, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such file to the following:

| | |
|---|---|
| David R. Yohannan, Admitted *pro hac vice*<br>Joseph D. Wilson, Admitted *pro hac vice*<br>QUARLES & BRADY, LLP<br>1701 Pennsylvania Avenue NW, Suite 700<br>Washington, D.C. 20006<br>Email: dyohannan@kelleydrye.com<br>Email: jwilson@kelleydrye.com | ____U.S. Mail<br>____Hand Delivery<br>____Overnight Mail<br>____Facsimile<br>__X__CM/ECF |
| Richard P. Sybert, WSBA #8357<br>Brandon R. Carroll, WSBA #39510<br>Sean D. Flaherty, Admitted *Pro Hac Vice*<br>GORDON & REES LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Email: rsybert@gordonrees.com<br>Email: brcarroll@gordonrees.com<br>Email: sflaherty@gordonrees.com | ____U.S. Mail<br>____Hand Delivery<br>____Overnight Mail<br>____Facsimile<br>__X__CM/ECF |

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM - 3
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720

| | | |
|---|---|---|
| GORDON & REES LLP<br>David W. Cramer, WSBA #49566<br>121 SW Morrison, Suite 1575<br>Portland, OR 97204<br>Tel: 503-382-3844<br>Fax: 503-616-3600<br>Email: dcramer@grsm.com | _____<br>_____<br>_____<br>_____<br>\_\_\_\_X\_\_\_\_ | U.S. Mail<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>CM/ECF |
| GORDON REES SCULLY MANSUKHANI<br>Reid E. Dammann, *Pro Hac Vice*<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>Tel: 213-576-5000<br>Email: rdammann@grsm.com | _____<br>_____<br>_____<br>_____<br>\_\_\_\_X\_\_\_\_ | U.S. Mail<br>Hand Delivery<br>Overnight Mail<br>Facsimile<br>CM/ECF |

*Attorneys for Defendant*
HONEYWELL INTERNATIONAL, INC.

*s/ Amber N. Davis*
Amber N. Davis

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIM - 4
CASE NO.: 2:15-CV-00366-JLR

BEUSSE WOLTER SANKS & MAIRE, PLLC
390 North Orange Avenue, Suite 2500
Orlando, FL 32801
Tel: 407-926-7700
Fax: 407-926-7720